ROBERT COOPER, Appellant, v. LESTER T. DOYLE, as Trustee in Reorganization of Surface Transportation Corporation of New York, Respondent, et al., Defendant.— In an action to recover damages for personal injuries, the plaintiff appeals: (1) from an order of ·the Supreme Court, Kings County, dated November 12, 1958, granting defendant Doyle's motion to dismiss the complaint as to him for lack of prosecution; and (2) from an order of said court, dated February 26, 1959, resettling the first order. Resettled order affirmed, with $10 costs and disbursements. No opinion. Appeal from the first order dismissed as academic. Such order has ·been superseded by the resettled order. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

ANNA COZZINS, Respondent, v. HARRY BOYLAND et al., Defendants, and HANNAH LEIFER, Appellant.— In an action to recover damages for personal injuries, defendant Hannah Leifer appeals from an order of the Supreme Court, Queens County, dated February 3, 1960, conditionally granting her motion to dismiss the complaint as against her for lack of prosecution. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

SALVATORE ESPOSITO, Doing Business as CANAL LUMBER CO., Respondent, v. JOHN DEL GAIS et al., Defendants, and Joe Greenberg, Appellant.— In an action to recover the agreed and reasonable value of goods sold and delivered, and to recover upon a written guarantee of payment for such goods, the defendant Greenberg, the alleged guarantor, appeals: (1) from so much of an order of the Supreme Court, Richmond County, dated April 6, 1959, as grants the plaintiff's motion for summary judgment striking out said defendant's answer, pursuant to rule 113 of the Rules of Civil Practice; and (2) from so much of a judgment of said court, dated April 8, 1959, entered upon said order, as is against said defendant. Order and judgment insofar as appealed from reversed, with $10 costs and disbursements, and motion denied. The record presents triable issues of fact. Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

FAY GOLDSTEIN et al., Respondents, v. HARRY TANZ et al., Appellants.— In an action to recover damages for personal injuries, defendants appeal from an order of the Supreme Court, Queens County, dated June 2, 1960, which grants plaintiffs' motion for reargument of their motion for summary judgment striking out defendants' answer, previously denied, and which upon reargument grants plaintiffs' said motion for summary judgment pursuant to rule 113 of the Rules of Civil Practice. Order modified: (1) by striking out the second, third, fourth and fifth decretal paragraphs which grant plaintiffs' motion for summary judgment, strike out defendants' answer, and direct an assessment of the damages and the entry of judgment ·based thereon; and (2) by substituting therefor a provision denying plaintiffs' motion for summary judgment. As so modified, order affirmed, with $10 costs and disbursements to defendants. The papers present a triable issue of fact as to negligence. There is no need now to pass on defendants' other contentions. Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.